

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00211-CR

Elliott J. **FERGUSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR0763
Honorable Jennifer Peña, Judge Presiding

Opinion by:    Adrian A. Spears II, Justice

Sitting:        Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice
               Velia J. Meza, Justice

Delivered and Filed: January 14, 2026

AFFIRMED

Appellant, Elliot J. Ferguson, was placed on community supervision after pleading guilty

before the trial court to possession of a controlled substance in an amount of four grams or more

but less than 200 grams. On February 27, 2025, Appellant's community supervision was revoked,

and he was sentenced to seven years' confinement in the Texas Department of Criminal Justice.

In his sole issue on appeal, raised for the first time, Appellant contends that the State failed to prove he was the same individual identified in the judgment placing him on community supervision.

The record reflects that Appellant appeared at the revocation hearing, identified himself to the trial court, and stated that he had been placed on probation in August 2022. Appellant pleaded "not true" to the allegations in the State's motion to revoke and proceeded to a contested hearing. At no point during the revocation proceedings did Appellant challenge or place his identity at issue.

The Court of Criminal Appeals has held that an appellant who fails to make his identity an issue during probation revocation proceedings may not raise the issue for the first time on appeal. *Riera v. State,* 662 S.W.2d 606, 607 (Tex. Crim. App. 1984); *Barrow v. State,* 505 S.W.2d 808, 810–11 (Tex. Crim. App. 1974).

Accordingly, the judgment of the trial court is affirmed.

Adrian A. Spears II, Justice

DO NOT PUBLISH